UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| SONTAY T. SMOTHERMAN, ) | |
| ) | |
| Petitioner, ) | Case No. 7:19-cv-00053-GFVT |
| ) | |
| v. ) | |
| ) | |
| H. JOYNER, Warden, ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Sontay T. Smotherman's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 8th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge